concerns the dividends paid January 15 of each year, which dividends are deductible in full from invested capital of the year from the date paid. Sec. 201 (e), Revenue Act of 1918.

---

### APPEAL OF VON HOFFMANN PRESS.

Docket No. 2352.  Submitted October 27, 1925.  Decided November 28, 1925.

*E. D. Holmes, Esq.*, for the taxpayer.
*A. H. Fast, Esq.*, for the Commissioner.

#### Before STERNHAGEN, LANSDON, and ARUNDELL.

The Commissioner determined a deficiency for the year 1919 of $2,892.54, under section 328 of the Revenue Act of 1918. Section 328 was applied because the Commissioner recognized that the taxpayer used a substantial amount of borrowed capital during the taxable year, which, upon audit of the taxpayer's return, was excluded from invested capital. The taxpayer now concedes that such borrowed capital is properly excluded from invested capital, and that its tax liability should be determined under section 328. But the taxpayer contends that the tax asserted under section 328 is too great. There was no evidence of the corporations used by the Commissioner for comparison, reliance being placed upon the general statement of two witnesses that the ratio of profit or income to investment which the proposed tax reflects is greater than that commonly known in the printing business. From this it is argued that the tax and deficiency are necessarily excessive.

The evidence submitted is wholly insufficient to enable the Board to make findings of fact.

#### DECISION.

The determination of the Commissioner is approved.

---

### APPEAL OF REX MACHINERY & SUPPLY CO.

Docket No. 1791.  Submitted July 24, 1925.  Decided November 28, 1925.

1. In 1919 the taxpayer agreed to pay the income tax that might be assessed against its president personally upon the receipt by him in 1919 of shares of stock of the taxpayer issued as compensation for services, and it paid the amount thereof in 1920. *Held*, not deductible in 1919.

2. Taxpayer *held* entitled to special assessment.

*Tom F. Carey, C. P. A.*, for the taxpayer.
*J. Arthur Adams, Esq.*, for the Commissioner.